**FILED**
March 18, 2016
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NUMBER: 2:16-mj-00062-KJN |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| VIDAL GONZALEZ, ) | |
| ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Vidal Gonzalez</u>; Case <u>2:16-mj-00062-KJN</u> from custody and for the following reasons:

    \_ Release on Personal Recognizance

    \_ Bail Posted in the Sum of _____

    X Unsecured Appearance Bond in the amount of $200,000.00; cosigned by Maria Gonzalez and Janet Gonzalez

    \_ Appearance Bond with 10% Deposit

    \_ Appearance Bond secured by Real Property

    \_ Corporate Surety Bail Bond

    X (Other) Pretrial Supervision/Conditions; **defendant to be released on Monday, 3/21/2016 at 9:00 AM to the custody of Pretrial Services**

Issued at <u>Sacramento, CA</u> on <u>3/18/2016</u> at <u>2:45 pm</u>.

By _____
Kendall J. Newman
United States Magistrate Judge